FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**UNITED STATES DISTRICT COURT**

2006 SEP 20  PM 4: 38

**SOUTHERN DISTRICT OF GEORGIA**

CLERK

SO. DIST. OF GA.

**SAVANNAH DIVISION**

| | |
|---|---|
| EDWARD E. DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     Case No. CV406-144 |
| | ) |
| RANDY TILLMAN, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner filed a motion for default judgment (doc. 8) contending that respondent did not file a response to the petition within thirty days of service of the Court's Order dated July 7, 2006 (doc. 2). However, respondent filed a motion for an extension of time, which the Court granted on August 23, 2006. Doc. 6. Furthermore, petitioners in habeas cases generally are not entitled to default judgment. See Aziz v. Leferve, 830 F.2d 184, 187 (11th Cir.1987) (default judgment not contemplated in habeas corpus cases). Petitioner's motion for default judgment is DENIED.

**SO ORDERED this 20th day of September, 2006.**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA